PATRICIA C. MOLLER *v.* BOURKE G. SPELLACY

The defendant's motion to dismiss the appeal from the Superior Court in Hartford County is denied by the court.

*Brandon J. Hickey,* for the appellee (defendant).
*Wesley W. Horton,* for the appellant (plaintiff).

Argued June 13—decided June 13, 1978

HARRY WILSON *v.* RUSSELL DALESSIO ET AL.

The defendants' petition for certification for appeal from the Appellate Session of the Superior Court is denied by the court.

*Lloyd Cutsumpas,* in support of the petition.
*William J. St. John,* in opposition.

Submitted June 6—decided June 13, 1978

THOMAS C. KNEE *v.* CONSTANCE KNEE

The plaintiff's "Motion to Vacate Denial by Trial Court of Plaintiff's Motion for Extension of Time for the Filing of Request for Finding, Draft Finding, Etc.," in the appeal from the Superior Court in Hartford County is granted by the court and the trial court is ordered to grant the plaintiff a reasonable extension of time in which to file the necessary papers to perfect the appeal.

*C. Thomas Furniss,* in support of the motion.